IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00583-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

LEROY DAMASIO FRESQUEZ,

    Applicant,

v.

JOHN HICKENLOOPER,
CYNTHIA N. COFFMAN,
MELISSA ROBERTS, and
JAMES ROBINSON,

    Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant currently is detained at the Denver County Jail in Denver, Colorado.   He initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.   Pursuant to review under D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this order.   Applicant will be directed to cure the following if he wishes to pursue his claims.   Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ____ is not submitted
(2) ____ is missing affidavit
(3) ____ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ____ is missing certificate showing current balance in prison account
(5) ____ is missing required financial information
(6) ____ is missing authorization to calculate and disburse filing fee payments
(7) ____ is missing an original signature by the prisoner

(8) __X__ is not on proper form (must use the proper Court-approved form or submit a handwritten § 1915 motion that includes the same language as the form)
(9) ____ names in caption do not match names in caption of complaint, petition or habeas application
(10) ____ other:

**Complaint, Petition or Application**:
(11) ____ is not submitted
(12) ____ is not on proper form
(13) ____ is missing an original signature by the prisoner
(14) ____ is missing page nos. ____
(15) ____ uses et al. instead of listing all parties in caption
(16) ____ names in caption do not match names in text
(17) ____ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ____ other:

Accordingly, it is

ORDERED that Applicant cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the **Clerk of the Court shall mail to Applicant a copy of the Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus.** It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiency **within thirty days from the date of this order**, the action may be dismissed without further notice.

DATED March 11, 2016, at Denver, Colorado.

BY THE COURT:

  s/ Gordon P. Gallagher  
United States Magistrate Judge